IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00306-MSK-1

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ISAAC ALEXANDER,

  Defendant.

## ORDER

  This matter came before the Court on October 15, 2010 for a hearing on Defendant Isaac Alexander's two pretrial motions seeking disclosure of grand jury material (Doc. 19) and the disclosure of the Government's confidential informants (Doc. 20). At the hearing, however, the parties both requested to postpone the hearing on these motions for thirty days. The Court GRANTS that motion, vacates the trial set for October 18, 2010, and directs the parties to contact the Court's chambers to schedule a hearing on these two motions within thirty days.

  Dated this __18th__ day of _____October_____, 2010.

            BY THE COURT:

            *s/ David M. Ebel*

            U. S. CIRCUIT COURT JUDGE