IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00306-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ISAAC ALEXANDER,

       Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

       A motions hearing is scheduled in this case on **November 30, 2010, at 3:00 p.m.**

       This hearing will be on the docket of Judge David M. Ebel, to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

       DATED:    October 20, 2010